

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00063-CV

**JOHN MARGETIS AND MICHAEL BRISCOE,**

**Appellants**

**v.**

**CANOPY CONSTRUCTION, LLC, EPSILON HOLDINGS, LP, GZH ENTERPRISES, INC., ANDREW HEAPE, TREY GIBSON AND NICK ZINDEL,**

**Appellees**

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 82353**

## MEMORANDUM OPINION

Appellants, John Margetis and Michael Briscoe, have filed a motion to dismiss their appeal of the trial court's summary-judgment order. *See* Tex. R. App. P. 42.1(a)(1). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed March 7, 2012
[CV06]